**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OPTOWAVE CO., LTD,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-1083-Orl-22DAB**

**DMITRI G. NIKITIN, an individual, d/b/a**
**PRECISION TECHNOLOGY GROUP,**

        **Defendant.**

_____

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring laptop computers into the George C. Young United States Courthouse for use in connection with an evidentiary hearing in this case, it is **ORDERED** as follows:

1. The Unopposed Motion to Allow James E. Foster and Robert I. Choo to bring their laptop computers into the George C. Young United States Courthouse for use during the evidentiary hearing (Doc. No. 52) is **GRANTED**.

2. James E. Foster and Robert I. Choo are hereby granted permission to bring their laptop computers into the George C. Young United States Courthouse on **TUESDAY, August 1, 2006**, for use in the evidentiary hearing before the undersigned judicial officer scheduled to begin at **10:00 A.M.**.

3. James E. Foster and Robert I. Choo shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require James E. Foster and Robert I. Choo to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers