## Sampling of Emails Produced by PTG

| Date | From | To |
|------|------|-----|
| July 19, 2004 | Kim Jinyoung | Stefan Tudor |
| July 21, 2004 | Moo-hwan Kim | Brian McNeill |
| July 22, 2004 | Moo-hwan Kim | Stefan Tudor |
| July 22, 2004 | Kim Jinyoung | Stefan Tudor |
| July 22, 2004 | Richard Whitenack | Stefan Tudor |
| July 29, 2004 | Kim Jinyoung | Stefan Tudor |
| August 3, 2004 | Moo-hwan Kim | Stefan Tudor |
| August 3, 2004 | Young Eom | Stefan Tudor |
| August 4, 2004 | Moo-hwan Kim | Stefan Tudor |
| August 3, 2004 | Stefan Tudor | Young Eom |
| August 3, 2004 | Stefan Tudor | Moo-hwan Kim |
| August 5, 2004 | Moo-hwan Kim | Stefan Tudor |
| August 5, 2004 | Moo-hwan Kim | Stefan Tudor |
| August 6, 2004 | Moo-hwan Kim | Stefan Tudor |
| August 10, 2004 | Stefan Tudor | Young Eom |
| August 17, 2004 | Kim Jinyoung | Stefan Tudor |
| August 20, 2004 | Stefan Tudor | Young Eom |
| August 31, 2004 | Kim Jinyoung | Stefan Tudor |
| August 21, 2004 | Young Eom | Stefan Tudor |
| September 1, 2004 | Stefan Tudor | Kim Jinyoung |
| September 29, 2004 | Stefan Tudor | Kim Jinyoung |
| September 30, 2004 | Stefan Tudor | Kim Jinyoung |
| October 4, 2004 | Stefan Tudor | Young Eom |
| October 5, 2004 | Stefan Tudor | Kim Jinyoung |
| October 5, 2004 | Stefan Tudor | Kim Jinyoung |
| October 6, 2004 | Stefan Tudor | Kim Jinyoung |
| October 6, 2004 | Stefan Tudor | Kim Jinyoung |
| October 8, 2004 | Stefan Tudor | Kim Jinyoung |
| October 8, 2004 | Stefan Tudor | Kim Jinyoung |
| October 11, 2004 | Stefan Tudor | Kim Jinyoung |
| October 12, 2004 | Stefan Tudor | Kim Jinyoung |
| October 13, 2004 | Stefan Tudor | Kim Jinyoung |
| October 14, 2004 | Young Eom | Stefan Tudor |
| October 14, 2004 | Stefan Tudor | Kim Jinyoung |
| October 15, 2004 | Richard Whitenack | Young Eom |
| October 22, 2004 | Stefan Tudor | Kim Jinyoung |
| November 4, 2004 | Stefan Tudor | Kim Jinyoung |
| November 4, 2004 | Stefan Tudor | Kim Jinyoung |
| November 5, 2004 | Stefan Tudor | Kim Jinyoung |
| November 9, 2004 | Stefan Tudor | Eugene Kayzerman |
| November 9, 2004 | Stefan Tudor | Young Eom |

Appendix 1

| | | |
|---|---|---|
| November 9, 2004 | Young Eom | Dmitri Nikitin |
| November 11, 2004 | Stefan Tudor | Eugene Kayzerman |
| November 15, 2004 | Kim Jinyoung | Stefan Tudor |
| November 15, 2004 | Stefan Tudor | Kim Jinyoung |
| November 19, 2004 | Stefan Tudor | Kim Jinyoung |
| November 20, 2004 | Stefan Tudor | Young Eom |
| November 20, 2004 | Stefan Tudor | Young Eom |
| November 22, 2004 | Stefan Tudor | Young Eom |
| November 30, 2004 | Stefan Tudor | Kim Jinyoung |
| November 30, 2004 | Kim Jinyoung | Stefan Tudor |
| December 1, 2004 | Stefan Tudor | Kim Jinyoung |
| December 27, 2004 | Stefan Tudor | Kim Jinyoung |
| January 11, 2005 | Stefan Tudor | Kim Jinyoung |
| March 6, 2005 | Robert Choo | Stefan Tudor |

## Julia D. Nikitina

| | |
|---|---|
| **From:** | ??? [heymond@optowave.co.kr] |
| **Sent:** | Monday, July 19, 2004 3:05 AM |
| **To:** | sales@ptgindustries.com |
| **Cc:** | missazip@orgio.net; ??? |

**Subject:** Korea: Optowave

Dear Mr. Stefan Tudor.

Thank you for your helping in PTG.

We arrived here well on Saturday and reported our discussion in PTG to my president.

But we didn't have enough time to analyze our samples.

So we need more time to do.

We have to decide adopting laser technology for cutting glass or not shortly. It doesn't take much time.
As possible as we can, we will finish this job.

Bye.

Jinyoung, Kim

Optowave Co., Ltd.
TEL: 031-278-9630/FAX: 031-278-9650
H/P: 019-385-8923

Composite Exhibit 2

## Julia D. Nikitina

| | |
|---|---|
| **From:** | M H Kim [mhkim@mediopia.co.kr] |
| **Sent:** | Wednesday, July 21, 2004 12:57 AM |
| **To:** | Brian McNeill |
| **Cc:** | Stefan Tudor |
| **Subject:** | Korea: Mediopeia OLED, PDP / Application Note |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Brian

I would like to have some technical notes ( like paper or application note) for OLED and PDP  applications. Can I know what your experiences for these applications?

1. At the moment, we are being asked the min. or typical size of laser inducing
   ( size of spot +HAZ) for singulation in OLED.
   What are major factors as comparison of mechanical cutting?

2. I would like to have your experiences for chamfering and grooving methods for PDP.

Awaiting your reply.

Thanks.

Your sincerely.

Moo-hwan Kim / Manager of Sales
-----------------------------------
Mediopia International Co., Ltd.
T: 82-2-3460-8533
F: 82-3-3462-4033
M:82-10-7797-8524

7/27/2006

**Julia D. Nikitina**

| | |
|---|---|
| **From:** | mhkim [mhkim@mediopia.co.kr] |
| **Sent:** | Thursday, July 22, 2004 10:02 AM |
| **To:** | smt@ptgindustries.com |
| **Subject:** | Korea: Mediopeia About Samples from PTG |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Mr. Tudor

During talk with Mr. Kim, I found out the value that Schott guarranteed was 5um as spec of verticality for 400um thick. Based on my experience, usually the degree of angle is the spe. when people mention the anisotropic profile. But, this time Schott mentioned the difference of width between top and bottom.

Please let us know the unit that you usually use as spec. of verticality ( Mr. Kim mentioned perpendicular). Of course the value and methodology of mesurement for this factor should be provided in the IAT.

Thanks.

Your sincerely

Moo-hwan Kim


----- ¿ø°» ¸Þ½ÃÁö ----- <BR>
° ³½»ç¶÷: heymond@optowave.co.kr<BR>
¹ÞÀº»ç¶÷: mhkim@mediopia.co.kr <BR>
° ³½³¯Â¥: 2004-07-22 22:45:38 <BR>
Á¦¸ñ: About Samples from PTG <BR>
Dear Stefan,


Today, we have received evaluation samples from you.

These samples show little worse result than that of the samples (hand breaking samples) that we tested in PTG with PTG¡¯s engineers and you.

It means that these samples have some cracked part on edge side and in cross cut.


We suppose that on-edge side crack might be generated when you picked up or attached samples on blue tape.

Am I right?


Even though using manual cutting machine, all of these samples¡¯ corner is not perpendicular, but little bit inclined.

We worry about this phenomenon.

In proposal #071404, there is no mention about perpendicularity on-corner(cross cut) and on-edge.

Let us know specification about it.


And we want to receive the terms of IAT (Initial Acceptance Test; before shipment in seller¡¯s site) and FAT (Final Acceptance Test; after installation in buyer¡¯s site).

Please send CONTRACT FORM of your company for reviewing.

Best regards,

Jinyoung, Kim

Optowave Co., Ltd.

TEL: 031-278-9630/FAX: 031-278-9650

H/P: 019-385-8923

```
-------------------------------------------------
 e-Topia with Mediopia
 Mediopia Technology Co., Ltd.
 http://www.mediopia.co.kr/
-------------------------------------------------
```

## Julia D. Nikitina

| | |
|---|---|
| **From:** | ??? [heymond@optowave.co.kr] |
| **Sent:** | Thursday, July 22, 2004 6:52 AM |
| **To:** | 'Stefan Tudor' |
| **Cc:** | missazip@orgio.net; ??? |
| **Subject:** | Korea: Optowave About Samples from PTG |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Stefan,

Today, we have received evaluation samples from you.

These samples show little worse result than that of the samples (hand breaking samples) that we tested in PTG with PTG's engineers and you.

It means that these samples have some cracked part on edge side and in cross cut.

We suppose that on-edge side crack might be generated when you picked up or attached samples on blue tape.

Am I right?

Even though using manual cutting machine, all of these samples' corner is not perpendicular, but little bit inclined.

We worry about this phenomenon.

In proposal #071404, there is no mention about perpendicularity on-corner(cross cut) and on-edge.

Let us know specification about it.

And we want to receive the terms of IAT (Initial Acceptance Test: before shipment in seller's site) and FAT (Final Acceptance Test: after installation in buyer's site).

Please send CONTRACT FORM of your company for reviewing.

Best regards,

Jinyoung, Kim

Optowave Co., Ltd.
TEL: 031-278-9630/FAX: 031-278-9650

## Julia D. Nikitina

**From:** RWhitenack [rwhitenack@ptgindustries.com]
**Sent:** Thursday, July 22, 2004 7:25 PM
**To:** smt@ptgindustries.com
**Subject:** Korea: OptoWave quotes



USA
PTG Industries, LLC

41 Sky Line Dr, Suite 1001
Lake Mary, FL 32746
Phone 407.804.1000 x241
Fax    407.804.1002
WWW.PTGINDUSTRIES.COM
ptg@ptgindustries.com

Stefan,

Here are the quotes presented to Jinyoung Kim at Optowave.

Regards,

Richard Whitenack
VP Sales
Email: RWhitenack@ptgindustries.com

## Julia D. Nikitina

| | |
|---|---|
| **From:** | ??? [heymond@optowave.co.kr] |
| **Sent:** | Thursday, July 29, 2004 5:39 AM |
| **To:** | 'Stefan Tudor' |
| **Cc:** | missazip@optowave.co.kr; ??? |
| **Subject:** | Korea: Optowave - IAT Example |
| **Follow Up Flag:** Follow up | |
| **Flag Status:** | Completed |

Dear Stefan,

Now we are reviewing the contract you sent, so we need more time.
We will send "commented or modified contract" at the beginning of next week, then you can review.
I hope to finish this contracting in next week.

Anyway, we already prepared all step for opening L/C for purchasing.

And I asked the IAT and FAT specification in last email, but not received.
Maybe there is some misunderstanding.
I mean the IAT and FAT specification as attachment.

Please send your IAT & FAT specification.

Best regards,

Jinyoung, Kim

Optowave Co., Ltd.
TEL: 031-278-9630/FAX: 031-278-9650
H/P: 019-385-8923

**Julia D. Nikitina**

| | |
|---|---|
| **From:** | mhkim [mhkim@mediopia.co.kr] |
| **Sent:** | Tuesday, August 03, 2004 4:31 PM |
| **To:** | smt@ptgindustries.com |
| **Cc:** | heymond@optowave.co.kr; misazip@optowave.co.kr |
| **Subject:** | Korea: Optowave - Modifications to Contract |

Dear Mr. Tudor

Please accept my appology for my late response with regard to Optowave' contract. I had meeting with both Mr. Kim and Mr. Eom on July 30 ( last Friday) for hearing and talking about modification of contract, acceptance criteria, and payment, ...etc.

1. Modified contract by Optowave
   - Please see attached file and let us have your opinion
     Mr. Kim kindly and precisely mentioned each every item.

2. Payment
   - Optowave has been understanding that the payment will be done 90% (after shipment) and
     10% (after aceeptance for FAT) from the total amount on L/C.
     If you have been thinking differently, please let us know your position.

3. Electrical supply
   - We did not clearly undersatand the mening of '380V, 3PH, 5-wire will be specified our
Work
     Order after we receive the P/O' on your last mail.
     Optowave should prepare some tools after getting instruction from your engineer staffs
or PTG
     will comprise everything for installation?

4. IAT and FAT criteria
   - The form sent by Mr. Kim last time was an example.
     You can make it by your form.
     Beside these performance items, Optwave would like you to show hardware the check list.
     I think, you can send your Q.C. check list.
     Anyway these documents should be attached on the final contract.

Thanks.

Your sincerely.

Moo-hwan Kim

P.S. : I promised that I would send a market report to Mr. McNeill before my first contact to you.
        Because of requiring more time than I expected (especially, the fiber laser marking system),
        I separated the report by two.
        Part I -  Short introduction market and competitors
        Part II - The estimation of glass cutting, Ceramics processing, and targets of fiber lasers
        The Part I will be definitely sent to you by tomorrow and the Part II will need two weeks
        due to summer holidays.
        Hopefully it may be done by Aug. 20.
        I will make the report not just coming from magazines of each related industry but true
        information that will be acquired by my foot, even if not well shaped.

## Julia D. Nikitina

| | |
|---|---|
| **From:** | ??? [missazip@optowave.co.kr] |
| **Sent:** | Tuesday, August 03, 2004 6:45 AM |
| **To:** | smt@ptgindustries.com; sales@ptgindustries.com |
| **Cc:** | ???; mhkim@mediopia.co.kr |
| **Subject:** | Korea: Optowave Design of Mounting Frame |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi, Stefan.

This is Young H. Eom working for Optowave Co., Ltd.


We have to discuss about the mounting frame design.

As you said, the space between 360 mm glass and mounting frame is not allowed to protect blue mounting tape from the laser.

But we need more space between the glass and the frame because we should expand the glass wafer after laser cutting.

And the space should be 40 mm.

So I sketch the draft drawing of double frame structure.

In the draft drawing, the inner cover frame is for protecting mounting tape, and the outer base frame is for mounting the glass on the blue tape.

Please review this and tell me your opinion.


Thanks.


cf. We should purchase an expander and a mounting station before this week because of those 8 weeks delivery. So I need your quick response.

7/27/2006

## Julia D. Nikitina

| | |
|---|---|
| **From:** | wildpig [hsquare83@hanmail.net] |
| **Sent:** | Wednesday, August 04, 2004 11:16 AM |
| **To:** | smt@ptgindustries.com |
| **Subject:** | Korea: Mediopeia My phone number ( M H Kim / Mediopia) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Stefan

I am waiting for your phone call.

I left my mobile phone at the office.

Please call to my home 82-31-265-4803
I'm so sleepy. I will take short relax.

I should discuss and complete the details of contract today.

Mr. Kim our customer is also waiting for my phone call.
After getting confirmation from me (you can send an e-mail to him) he will arrange his
boss to sign the contract today.

Please call, call, call.

Thanks.

Your sincerely.

Moo-hwan Kim

Thanks.

"우리 인터넷, Daum" http://www.daum.net 「평생쓰는 무료 한메일넷」



PC지킴이 한방에 ~악성코드 · 바이러스 차단! 최고 38% 저렴한 보험료!

7/27/2006

## Julia D. Nikitina

| From: | Stefan Tudor [smt@ptgindustries.com] |
|---|---|
| Sent: | Tuesday, August 03, 2004 6:52 PM |
| To: | '???'; sales@ptgindustries.com |
| Cc: | '???'; mhkim@mediopia.co.kr |
| Subject: | Korea: Optowave - For the Design of Mounting Frame |
| Categories: | Office USA |

Dear Mr. Eom,

I received your email regarding the mounting frame for your glass wafers. I do not see any problem with your proposal, but just to be on the safe side let me discuss it tomorrow morning with our design team. I will have an answer for you immediately.

Best regards,

Stefan


Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:   +(407) 804-1002

smt@ptgindustries.com

www.ptgindustries.com

size=2 width="100%" align=center tabindex=-1>

**From:** ??? [mailto:missazip@optowave.co.kr]

**Sent:** Tuesday, August 03, 2004 6:45 AM

**To:** smt@ptgindustries.com; sales@ptgindustries.com

**Cc:** ???; mhkim@mediopia.co.kr

**Subject:** For the Design of Mounting Frame


Hi, Stefan.

This is Young H. Eom working for Optowave Co., Ltd.


We have to discuss about the mounting frame design.

As you said, the space between 360 mm glass and mounting frame is not allowed to protect blue mounting tape from the laser.

But we need more space between the glass and the frame because we should expand the glass wafer aft

er laser cutting.

And the space should be 40 mm.

So I sketch the draft drawing of double frame structure.

In the draft drawing, the inner cover frame is for protecting mounting tape, and the outer base frame is f
or mounting the glass on the blue tape.

Please review this and tell me your opinion.


Thanks.


cf. We should purchase an expander and a mounting station before this week because of those 8 weeks
delivery. So I need your quick response.

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Tuesday, August 03, 2004 6:04 PM |
| **To:** | 'mhkim' |
| **Cc:** | heymond@optowave.co.kr; misazip@optowave.co.kr; Dmitri NDG |
| **Subject:** | Korea: Optowave - Modifications to Contract |

**Categories:** Office USA

Dear Mr. Kim,
Thank you for your message.

I will respond to your questions one-by-one:
1. Contract with Optowave:
There was no attached file to your message. Maybe you can send the file
tomorrow morning and I will respond to you immediately.
In my last message to Mr. Kim and Mr. Eom I have accepted all their
requests for contract modifications, acceptance criteria and payments.
If you have any new information please let me know urgently.

2. We agree with Optowave requirements to pay 90% after confirmation of
shipment and retain 10%, payable after Final Acceptance Test (FAT).
We have also agreed to send one of our fields service engineers to provide
system installation and participate in the FAT.

3. Electrical supply specifications (380V, 3PH, 5-wire) came from Optowave
and is understood that they want our laser system power supply to work on
380V, 3PH, 5-wire - Not a problem.
Please specify the type of power plug to be attached to our power cord.

4. The IAT and FAT forms:
I will use our own test acceptance forms, containing all of the tests &
measurements specified by Mr. Kim.
A hardware check list and a final QC check list will be included.

I will modify the contract, LOC instructions, etc. to include all these
changes and email to you later tonight.


Executive Vice President
Precision Technology Group - PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com

www.ptgindustries.com

-----Original Message-----
From: mhkim [mailto:mhkim@mediopia.co.kr]
Sent: Tuesday, August 03, 2004 4:31 PM
To: smt@ptgindustries.com
Cc: heymond@optowave.co.kr; misazip@optowave.co.kr
Subject: Optowave

Dear Mr. Tudor

Please accept my appology for my late response with regard to Optowave'
contract.
I had meeting with both Mr. Kim and Mr. Eom on July 30 ( last Friday) for
hearing and talking about modification of contract, acceptance criteria,
and payment, ...etc.

1. Modified contract by Optowave
 - Please see attached file and let us have your opinion
   Mr. Kim kindly and precisely mentioned each every item.

2. Payment
 - Optowave has been understanding that the payment will be done 90%
(after shipment) and
   10% (after aceeptance for FAT) from the total amount on L/C.
   If you have been thinking differently, please let us know your position.

3. Electrical supply
 - We did not clearly undersatand the mening of '380V, 3PH, 5-wire will be
specified our Work
   Order after we receive the P/O' on your last mail.
   Optowave should prepare some tools after getting instruction from your
engineer staffs or PTG
   will comprise everything for installation?

4. IAT and FAT criteria
 - The form sent by Mr. Kim last time was an example.
   You can make it by your form.
   Beside these performance items, Optwave would like you to show hardware
the check list.
   I think, you can send your Q.C. check list.
   Anyway these documents should be attached on the final contract.

Thanks.

Your sincerely.

Moo-hwan Kim

P.S. : I promised that I would send a market report to Mr. McNeill before

7/28/2006

my first contact to you.

Because of requiring more time than I expected (especially, the fiber laser marking system),

I separated the report by two.

Part I – Short introduction market and competitors

Part II – The estimation of glass cutting, Ceramics processing, and targets of fiber lasers

The Part I will be definitely sent to you by tomorrow and the Part II will need two weeks

due to summer holidays.

Hopefully it may be done by Aug. 20.

I will make the report not just coming from magazines of each related industry but true

information that will be acquired by my foot, even if not well shaped.

_____

e-Topia with Mediopia
Mediopia Technology Co., Ltd.
http://www.mediopia.co.kr/
_____

## Julia D. Nikitina

| | |
|---|---|
| **From:** | wildpig [hsquare83@hanmail.net] |
| **Sent:** | Thursday, August 05, 2004 9:10 AM |
| **To:** | Mr. Stefan Tudor |
| **Cc:** | ?? |
| **Subject:** | Korea: Optowave / Contract |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Stefan

Finally, we reached the end point of contract!!!

1. Counter sign
– Please sign each page.

2. Returning
– After counter signing, please return via both e-amil and fax to Optowave.
* Mr. Kim will go to the bank early in the morning tomorrow for L/C processing.
Before his leaving to bank, he needs the contract that has your counter signing in order to
internal confirmation in Optowave.
– Please return it a.s.a.p.
* Due to so special character(?), Mr. Kim will not get sleep before getting e-mail of your returning.
Please help us to sleep earlier.

Thanks.

Your sincerely.

Moo-hwan Kim

"우리 인터넷, Daum" http://www.daum.net 「평생쓰는 무료 한메일넷」



## Julia D. Nikitina

| | |
|---|---|
| **From:** | wildpig [hsquare83@hanmail.net] |
| **Sent:** | Thursday, August 05, 2004 11:11 AM |
| **To:** | Mr. Stefan Tudor |
| **Cc:** | ?? |
| **Subject:** | Korea: Optowave / Mediopeia - Application notes |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Mr. Tudor

I just came back from excercizing.

Sometimes our company's web server makes trouble when I using out of office.
Please send the documents to both my personal e-mail ( (hsquare83@hanmail.net) and
business mail (mhkim@mediopia.co.kr). I'll check your e-mail early in the morning.

By the way,
1. please arrange some technical notes for comparison between mechanical singulation and laser processing
of PFD glass.

2. I would like to know whether you have experience of cutting cleanroom wiper or not.
I may have a chance to approach this application soon.
If you have, please inform me of it.
I will provide some detailes of this business soon.

Thanks.

Your sincerely.

Moo-hwan Kim

"우리 인터넷, Daum" http://www.daum.net "평생쓰는 무료 한메일넷 :



7/27/2006

## Julia D. Nikitina

| | |
|---|---|
| **From:** | wildpig [hsquare83@hanmail.net] |
| **Sent:** | Friday, August 06, 2004 10:40 AM |
| **To:** | Mr. Stefan Tudor |
| **Cc:** | ?? |
| **Subject:** | Optowave ( L/C open notice ) |

Dear Mr. Tudor

Today, Optowave has done the process of L/C.

I will inform you of the details on next monday (Aug. 9).
I have only application No. ( M1607−408−00071).

This mail is for giving you confidence that the customer did LC processing successfully.

Thanks.

Your sincerely.

Moo−hwan Kim

"우리 인터넷, Daum" http://www.daum.net 「평생쓰는 무료 한메일넷」



## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Tuesday, August 10, 2004 11:22 AM |
| **To:** | '???'; sales@ptgindustries.com |
| **Cc:** | mhkim@mediopia.co.kr; '???' |
| **Subject:** | Korea: Optowave [Young H. Eom] Sending the full cable of LOC... |
| **Categories:** | Office USA |

Dear Mr. Eom,

Thank you for the clarification with the LOC.

We have already started working on your project. The frame conceptual design that you have proposed will be used for the final fabrication design.

At this moment we are designing the custom vacuum holding table for your scribing and for the breaking system. The glass wafer frame design will have to fit the holding table design and will come next – it will be available in 2-3 weeks.

We are also going to fabricate one frame and use it here for system setups and for processing the parts we have agreed to during your visit to Orlando.

As soon as we have the frame drawings I will send them to you and I will keep you informed of all progress on your project.

Best regards,

Stefan

---

**From:** ??? [mailto:missazip@optowave.co.kr]
**Sent:** Tuesday, August 10, 2004 6:00 AM
**To:** smt@ptgindustries.com; sales@ptgindustries.com
**Cc:** mhkim@mediopia.co.kr; ???
**Subject:** Korea: Optowave [Young H. Eom] Sending the full cable of LOC...

Hi, Stefan.
How are you?

Please review this attached file, the full cable of LOC.
There was slight delay on opening the LOC.

Anyway, how is the frame design?
Is it possible to have the drawing of the frame design until end of this week?

7/28/2006

## Julia D. Nikitina

| | |
|---|---|
| **From:** | ??? [heymond@optowave.co.kr] |
| **Sent:** | Tuesday, August 17, 2004 10:56 PM |
| **To:** | smt@ptgindustries.com |
| **Subject:** | Korea: Optowave about Contract |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Stefan,

Hi, how is it going?

Last week, we sent the "Original Contract" with the signature by international airway mail. And we hoped to receive it back.

What about it?

Didn't you get it yet?

Or already sent or not?

If not, please send it as possible as you can.

And we would like to know the whole schedule for our machines.

Please inform us.

Thank you.

Best regards,

Jinyoung, Kim

Tel: 031-278-9630
Fax: 031-278-9650
Cell: 019-385-8923

Optowave Co., Ltd.
111-7, Guun-dong, Gwonseon-gu,
Suwon-si, Gyeonggi-do, 441-814 Korea

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Friday, August 20, 2004 3:38 PM |
| **To:** | '???'; sales@ptgindustries.com |
| **Cc:** | mhkim@mediopia.co.kr; '???' |
| **Subject:** | Korea: Optowave [Young H. Eom] About Mounting Frame... |
| **Categories:** | Office USA |

Dear Eom,

Please find attached the frame design drawings (Autocad format).

Please keep in mind that we may have to make minor changes on the final design, after we built a prototype and t ry it on your system.

Best regards,

Stefan

Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:  +(407) 804-1002

smt@ptgindistries.com

www.ptgindustries.com

**From:** ??? [mailto:missazip@optowave.co.kr]
**Sent:** Wednesday, August 11, 2004 11:07 PM
**To:** smt@ptgindustries.com; sales@ptgindustries.com
**Cc:** mhkim@mediopia.co.kr; ???
**Subject:** Korea: Optowave [Young H. Eom] About Mounting Frame...

Hi, Stefan.

Thanks for your rapid action for our project.

As you know, we need the frame design to purchase a mounting station and an expander.

And also I know you need to have more time to fix the design.

7/28/2006

So I think we had better get a draft drawing in which the outer diameter and the inner diameter of the frame are written.

If it is hard to make a draft drawing for the frame design, it is ok for you to inform me of its diameters.

Best Regards.

Young H. Eom

Team Manager/
R&D Center of Optowave Co., Ltd.
Tel) +82-31-278-9642 Fax) +82-31-278-9650
Mobile) +82-18-396-0369

## Julia D. Nikitina

**From:**    Kim Jinyoung [heymond@optowave.co.kr]
**Sent:**    Tuesday, August 31, 2004 9:12 PM
**To:**      'Stefan Tudor'
**Cc:**      missazip@optowave.co.kr
**Subject:** Korea: Optowave about schedule

Dear Stefan,

Please check the machine delivery schedule.
I think there is some mistake in delivery.
Latest shipping date should be earlier than September 29, 2004 according to "L/C instruction" of contract.
So we expected the IAT time as around September 20, 2004.
If some delay, there could be some problem for us.

Please send us the re-schedule.
Thanks.

Best regards,

Jinyoung, Kim

---

**From:** Stefan Tudor [mailto:smt@ptgindustries.com]
**Sent:** Wednesday, September 01, 2004 1:33 AM
**To:** 'Kim Jinyoung'
**Cc:** mhkim@mediopia.co.kr; missazip@optowave.co.kr
**Subject:** RE: Korea: Optowave about schedule

Dear Mr. Kim,
We are all doing well, considering the recent hurricane. Thank you very much for asking.

We are also making good progress with your system. We hired a number of people (double the number of employees) to meet production schedules after a BIG jump in sales.
Here is our production schedule for your system:
- System assembly process:    Finished by September 20, 2004
- System test:                Finished by September 30, 2004

7/27/2006

- Expected Shipping date:        October 10, 2004

We are planning for IAT at our factory for October 1-5, with shipping shortly after that.
We will provide  the proper power supply for 3 phases, 4 wire and ground and 380V electricity.

Best regards,
Stefan


Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
**www.ptgindustries.com**

## Julia D. Nikitina

**From:**   ??? [missazip@optowave.co.kr]
**Sent:**   Saturday, August 21, 2004 8:45 AM
**To:**     'Stefan Tudor'
**Cc:**     ???
**Subject:** Korea: Optowave [Young H. Eom] About Mounting Frame...

Hi, Stefan!

Thanks for your effort.

I'll Keep in mind you might make minor changes on the frame design.


Best regards.

Young H. Eom

Team Manager/R&D Center of Optowave Co., Ltd.

Tel : +82-31-278-9642

Fax: +82-31-278-9650


**From:** Stefan Tudor [mailto:smt@ptgindustries.com]

**Sent:** Saturday, August 21, 2004 4:38 AM

**To:** '???'; sales@ptgindustries.com

**Cc:** mhkim@mediopia.co.kr; '???'

**Subject:** Korea: Optowave [Young H. Eom] About Mounting Frame...


Dear Eom,

Please find attached the frame design drawings (Autocad format).

Please keep in mind that we may have to make minor changes on the final design, after we built a prototype and try it on your system.

Best regards,

Stefan

Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:  +(407) 804-1002


7/27/2006

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Thursday, September 30, 2004 5:31 PM |
| **To:** | heymond@optowave.co.kr |
| **Cc:** | Dmitri NDG |
| **Subject:** | Optowave: IAT Schedule |
| **Categories:** | Office USA |

Dear Mr. Kim,

As I explained to you over the phone this morning we have lost a great deal of time with the last 4 hurricanes and are doing our best to recover some of this time.

We have purchased an additional CNC machine, so we can make most of the parts we need and went to 2 shifts in the factory. However, parts and subassemblies that we purchase from 3 party suppliers are out of our control.

As I promised you this morning I went to find out what is the situation with our suppliers. I found out that I was really optimistic – some of our suppliers do not even have power in their shops right now. They are still waiting for Florida Power to restore power in their neighborhoods. They were promised that power will be restored much earlier but there has been so much damage done by 4 successive hurricanes that the whole power grid was affected.

I stand by the commitment I made to you in my last email, that we can start IAT in our factory in Lake Mary on October 18, 2004

I hope you will understand this situation. I will call you tomorrow morning at 8:00 AM my time.

Best regards,

Stefan

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com

www.ptgindustries.com

---

**From:** Stefan Tudor [mailto:smt@ptgindustries.com]
**Sent:** Wednesday, September 29, 2004 4:52 PM
**To:** 'Kim Jinyuong (heymond@optowave.co.kr)'
**Subject:** Optowave: Factory Acceptance Test in Orlando

Dear Mr. Kim,

I regret to inform you that we must reschedule the FAT in Orlando for October 18, 2004.

7/28/2006

All our schedules and deliveries were greatly delayed by the 4 hurricanes we had in the last 6 weeks. Many days of work were lost, electrical power in our city was disrupted for days and our suppliers have delayed their deliveries.

With all our great efforts to make-up for the time lost we will be ready for FAT in Orlando on Monday October 18, 2004. If you arrive in Orlando on Oct. 18 we could start FAT on Tuesday Oct. 19 and finish in 2-3 days.

Mr. Kim, I fully understand your commitments to your customers and your tight schedules. Please understand that we made great efforts to make-up for most of the time lost. Even working double shifts we could not keep to our original schedule.

Please keep me informed of your new travel plans.

Best regards,

Stefan

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com

www.ptgindustries.com

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Monday, October 04, 2004 10:39 AM |
| **To:** | '???' |
| **Cc:** | Dmitri NDG; 'Kim Jinyuong' |
| **Subject:** | Korea: Optowave - About cancellation the previous LOC and our samples... |

**Categories:** Office USA

Dear Mr. Eom,
I received your email message with your new LC and I will wait for the original and take it to SunTrust Bank.
We will ask SunTrust to cancel your first LC and send you a Cancellation Notice.

Regarding the samples:
Mr. Eom, I can truly understand your situation and I am sorry I can not help. I made a big mistake trying to process these samples with a system that was not fully functional and to promise that I will ship the samples to you. I was trying to help, but this was not professional on my part.
I am ready to discuss all this in detail with Mr. Kim tomorrow when he will visit our office.
I will contact you after our meeting with Mr. Kim.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

**From:** ??? [mailto:missazip@orgio.net]
**Sent:** Monday, October 04, 2004 9:49 AM
**To:** smt@ptgindustries.com
**Cc:** ndg@ptgindustries.com
**Subject:** About cancellation the previous LOC and our samples...

Hi Stefan,

This is Young.

As you know, we've open the new LOC via Korean Development Bank.

And we should cancel the previous LOC via ChoHung Bank.

So please request SunTrust Bank to cancel the previous LOC today and send us a copy of cancellation cable from SunTrust bank as soon as possible.

And I didn't receive the Tracking number of the packing for our sample.

Why didn't you send the tracking number?

That is very very importance task for us.

And we are under very emergent situation.

Please understand our situation and cooperate with us.


Thanks.


Best Regards.


Young H. Eom

Team Manager/

R&D Center of Optowave Co., Ltd.

Tel) +82-31-278-9642 Fax) +82-31-278-9650

Mobile) +82-18-396-0369

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Tuesday, October 05, 2004 3:47 PM |
| **To:** | 'yeungjkim@hotmail.com' |
| **Cc:** | 'Kim Jinyuong (heymond@optowave.co.kr)' |
| **Subject:** | Meeting minutes w/OptoWave, Lake Mary October 5, 2004 |

Dear Mr. Kim,

I want to thank you for your help today. I believe we have passed an important threshold and will have successful resolution for all issues discussed today.
I will have daily updates for you and Jinyuoung.

As promised here are our meeting minutes. Please let us know if you have any comments.
We will try to call you in a short time to discuss this.

Best regards,
Stefan Tudor

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
**www.ptgindustries.com**

Optowave Meeting
Minutes Oct.5...

1

## Julia D. Nikitina

**From:**  Stefan Tudor [smt@ptgindustries.com]

**Sent:**  Tuesday, October 05, 2004 5:58 PM

**To:**  'yeung kim'

**Subject:** RE: Meeting minutes w/OptoWave, Lake Mary October 5, 2004


I re-sent the document in word format. I will be hare for a couple of hours and then I will join Jinyuong for diner.
Regards,
Stefan Tudor

============================================================

-----Original Message-----
From: yeung kim [mailto:yeungjkim@hotmail.com]
Sent: Tuesday, October 05, 2004 5:44 PM
To: smt@ptgindustries.com
Cc: heymond@optowave.co.kr; kbchoi@autosun.com
Subject: RE: Meeting minutes w/OptoWave, Lake Mary October 5, 2004

Thanks for your e-mail.
I can not open your attachment. Can yous end it by word format?


Yeung Kim




>From: "Stefan Tudor" <smt@ptgindustries.com>
>To: <yeungjkim@hotmail.com>
>CC: "'Kim Jinyuong'" <heymond@optowave.co.kr>
>Subject: Meeting minutes w/OptoWave, Lake Mary October 5, 2004
>Date: Tue, 5 Oct 2004 15:46:41 -0400
>
>Dear Mr. Kim,
>
>I want to thank you for your help today. I believe we have passed an
>important threshold and will have successful resolution for all issues
>discussed today.
>I will have daily updates for you and Jinyouong.
>
>As promised here are our meeting minutes. Please let us know if you have
>any
>comments.
>We will try to call you in a short time to discuss this.
>
>Best regards,
>Stefan Tudor
>
>Executive Vice President
>Precision Technology Group - PTG
>
>41 Skyline Drive, Suite 1001

## Julia D. Nikitina

**From:**   Stefan Tudor [smt@ptgindustries.com]

**Sent:**   Wednesday, October 06, 2004 4:22 PM

**To:**   'yeung kim'

**Cc:**   'heymond@optowave.co.kr'; 'kbchoi@autosun.com'; 'heymond@naver.com'

**Subject:** RE: correction from Yeung Kim in the schedule

Dear Mr. Kim,

Thank you for your comments.
As you know we are expecting several critical components to be delivered in the next 7-10 days. We are in constant contact with the suppliers and I will communicate with Mr. Jinyoung Kim.
We will try our best to improve on the agreed schedule and proceed with the assembly, calibration and testing for these 2 systems as soon as we have all the parts - again, Mr. Jinyoung Kim will have all this information.

If we can have IAT done in one day (Oct. 18), preparing the systems for shipping and crating could be done on the 19 and shipping on the 20th.
I understand your commitment to have the systems cleared through Korean customs in 1-2 days and have them installed in your factory in 1-2 days. If this is correct, we will have our service engineer ready to start FAT in your factory in Korea on October 25.

We will keep in close contact.
Best regards,
Stefan Tudor

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000 Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

=================================================================

-----Original Message-----
From: yeung kim [mailto:yeungjkim@hotmail.com]
Sent: Tuesday, October 05, 2004 7:49 PM
To: smt@ptgindustries.com
Cc: heymond@optowave.co.kr; kbchoi@autosun.com; yeungjkim@hotmail.com
Subject: correction from Yeung Kim in the schedule

Thanks much for your summary,
Please finds out my comment in blue ink from your summaries.
Perhaps we can talk with you soon to amek sure we understand each other.


Thanks for your support.

Yeung Kim

## Julia D. Nikitina

**From:**   Stefan Tudor [smt@ptgindustries.com]

**Sent:**   Wednesday, October 06, 2004 5:09 PM

**To:**   'yeung kim'

**Cc:**   'heymond@optowave.co.kr'; 'kbchoi@autosun.com'; 'heymond@naver.com'

**Subject:** Korea: Optowave samples FedEx Tracing number 4676 3606 748

Dear Mr. Kim,

Your samples were processed today and were shipped to Optowave, to Mr. Jinyoung Kim attention. The package was expedited by FedEx, tracking number 4676 3606 748.

One of the wafers was cut in half and then both halves were scribed on the bare glass side. One half was then broken in stripes and some were singulated.
The singulated small rectangles have perfect edges and corners, there no micro-cracks and no thermal stress in the glass. Also, there are no traces of any heat affected zone (HAZ).
The second scribed half was also included in the package for your review.

I believe these samples are a good indication of what your final system will produce. Please remember that these samples were cut by hand – your automatic breaker will provide a much higher accuracy.

Best regards,
Stefan Tudor

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Friday, October 08, 2004 11:18 AM

**To:** 'heymond@naver.com'

**Subject:** FW: Pictures of Optowave

Dear Mr. Kim,
Here are some pictures with your laser scriber and automatic breaker.
One of our assembly people is working on the breaker, preparing it for the installation of new Breaker Bar
Assembly.

I will have a hard copy of the manual printed for you and drop it off tonight at your hotel.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

**From:** Monica Correal [mailto:monicaC@ptgindustries.com]
**Sent:** Friday, October 08, 2004 11:10 AM
**To:** 'Stefan Tudor'
**Subject:** Pictures of Optowave

USA
PTG Industries, LLC

41 Skyline Drive, Ste.
1001Lake Mary, FL 32746
Phone +1.407.804.1000
Fax    +1.407.804.1002
Site:  www.ptgindustries.com
Email:monicac@ptgindustries.com

Stefan,

Attached are the pictures you requested.
Regards,

Monica

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Friday, October 08, 2004 3:11 PM

**To:** 'heymond@naver.com'

**Subject:** Optowave: SunTrust Bank cancellation letter acceptance

Dear Mr. Kim,
I have attached a scanned copy of the Cancellation Letter we received from our bank, along with our signature accepting the cancellation.

I hope this is what you need.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

## Julia D. Nikitina

**From:**    Stefan Tudor [smt@ptgindustries.com]

**Sent:**    Monday, October 11, 2004 4:23 PM

**To:**    'heymond@naver.com'

**Subject:** Optowave: Commercial Invoice

Dear Mr. Kim,

I tried to call you several times, but there was no answer.
I attached the Commercial Invoice, as you requested. Please review it and make any changes you consider necessary.

I will try to call you again later.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
**www.ptgindustries.com**

---

**From:** lana@ptgindustries.com [mailto:lana@ptgindustries.com]
**Sent:** Monday, October 11, 2004 4:19 PM
**To:** smt@ptgindustries.com
**Subject:** Invoice from PTG Industries, LLC

Dear Customer :

Your invoice appears below. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

PTG Industries, LLC


**To view your invoice**
Open the attached PDF file. You must have Acrobat® Reader® installed to view the attachment.

7/27/2006

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Tuesday, October 12, 2004 12:10 PM

**To:** 'heymond@naver.com'

**Subject:** Optowave Update Pictures

Dear Mr. Kim,

Monica has taken a couple of pictures of your system. As you can see we have a team of mechanical and software people working on them.

I checked with our engineers about our capabilities to cut the shape in your drawing – they agreed that we can NOT do it with glass. For glass cutting capabilities the smallest radius that we can cut is 20mm.

I will call you later to make sure you received this message.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
**www.ptgindustries.com**

## Julia D. Nikitina

**From:**    Stefan Tudor [smt@ptgindustries.com]

**Sent:**    Wednesday, October 13, 2004 2:56 PM

**To:**    'heymond@naver.com'

**Subject:** Optowave: Work update

Dear Mr. Kim,

Please see the attached pictures taken after the installation of the breaking bar assembly. We are working now on software changes for the Automatic Breaker to allow it to receive graphic files from the scriber.
Work is being done on the scriber as well. We finished a preliminary set-up to cut 360mm wafers (we used first cardboard and then some of your glass). We are waiting for the special lenses tomorrow and finish this set-up.

I will arrive at you hotel this evening -- I will call you later today to let you know what time will I be there. I will leave from work quite late, so please do not wait for me fo dinner. We can have a beer together and talk about the arrangements for IAT.

Best regards,
Stefan

Executive Vice President
Precision Technology Group -- PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
**www.ptgindustries.com**

7/27/2006

## Julia D. Nikitina

**From:**     ??? [missazip@optowave.co.kr]
**Sent:**     Thursday, October 14, 2004 10:12 PM
**To:**       'Stefan Tudor'
**Cc:**        heymond@naver.com
**Subject:** Korea: Optowave - [Young H. Eom]For the Preparation of Utilities on our site.

Hi, Stefan.

I heard that you're making great effort to set up the machines for us.

Thanks for your effort.


We have to prepare utilities to hook up the machines.

Could you check the utility requirements(power, air, de-ionized water, etc) for our machines and inform me of that?


And do you remember that I asked you to substitute the direct connection from our de-ionized water line for the current bottle of de-ionized water in order to prevent de-ionized from being contaminated?

Is it changed?

If not, please change it rapidly.


Thanks.

---

Young H. Eom/Team manager
R&D Center of Optowave Co., Ltd.
Tel : +82-31-278-9642
Fax: +82-31-278-9650

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Thursday, October 14, 2004 7:51 PM |
| **To:** | heymond@naver.com |
| **Cc:** | Dmitri NDG |
| **Subject:** | Optowave: LC Expiration date extension |

**Categories:** Office USA

Dear Mr. Kim,

I want to remind you about our agreement to have an amendment to your new Letter of Credit, to extend the expiration date.
As you know, your new LC expires on October 31, 2004.
You have requested to schedule final FAT at your factory in Suwon, Korea on Monday October 25, 2004, very close to the LC expiration date.

During our earlier meeting we agreed that Optowave will modify the new LC - we suggest extension of expiration date to November 30, 2004
I understand from you that this will be done after October 21, 2004 when your company president will return to Korea.
Please do not forget to follow-up on this issue – This is VERY important for us.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

## Julia D. Nikitina

| | |
|---|---|
| **From:** | RWhitenack [rwhitenack@ptgindustries.com] |
| **Sent:** | Friday, October 15, 2004 5:43 PM |
| **To:** | missazip@optowave.co.kr |
| **Cc:** | 'Stefan Tudor'; ndg@ptgindustries.com |
| **Subject:** | Korea: Optowave - Facility Requirements |



USA
PTG Industries, LLC

41 Sky Line Dr, Suite 1001
Lake Mary, FL 32746
Phone 407.804.1000 x241
Fax     407.804.1002
WWW.PTGINDUSTRIES.COM
ptg@ptgindustries.com

Mr. Young H. Eom Wrote:

"Could you check the utility requirements(power, air, de-ionized water, etc) for our machines and inform me of that?

And do you remember that I asked you to substitute the direct connection from our de-ionized water line for the current bottle of de-ionized water in order to prevent de-ionized from being contaminated?"

Dear Mr. Eom,

The facility requirements for the SBM777FPD and the ABM777 are as follows:

SBM777FPD
Operating temperature          **+18 to +25°C**
Relative humidity              **40 - 80% non-condensing**
Electrical                     **220v- Single Phase, 60 Hz, 30 A**
Air supply                     **18° C, 8 ATM @ 2CFM, <20% humidity**

ABM777
Operating temperature          **+18 to +25°C**
Relative humidity              **40 - 80% non-condensing**
Electrical                     **220v- Single Phase, 60 Hz, 15 A**
Air supply                     **18° C, 8 ATM @ 2CFM, <20% humidity**

The SBM 777 FPD laser Scriber is being sold with the existing configuration. We are unable to perform changes at this time. Retrofitting the DI Water supply to accept facility de-ionized water can be done by Optowave after installation.

Currently, the system is scheduled for acceptance and to ship mid next week.

Best regards.

7/27/2006

**Julia D. Nikitina**

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Friday, October 22, 2004 3:20 PM |
| **To:** | 'Kim Jinyuong (heymond@optowave.co.kr)' |
| **Subject:** | Korea: Optowave - Shipping Info |

**Contacts:**      Jinyuong Kim

Dear Mr. Kim,
As you know from our phone conversation earlier today (sorry to call you so late) your system has been shipped at 9:00AM today.
I am sending you a package with 3 documents; the packing list, commercial invoice and AWB.

I have also attached Eugene's travel itinerary. Please make hotel reservations for him. He will land at Inchon and rent cell phone and call you. He will take the bus to Suwon and get off at the last station at Castle Hotel.
He will be ready to come to your plant on Monday or as soon as you are ready for him.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
**www.ptgindustries.com**

Eugen_Korea
)ct2004.doc (37 KB.

1

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Thursday, November 04, 2004 9:30 AM

**To:** 'Kim Jinyoung'

**Subject:** Korea: Optowave - Test results and "Emmergency" procedure

Dear Jinyoung,

We have discussed you report internally here and agree that it will take time to make these adjustments.

According to Dimitri there are only 3 parameters that will influence the "cut and break" quality:

1. Scriber alignment
2. Breaker alignment
3. Type of backing material you use for the breaker

There is no fixed procedure that you can follow. You will have to do it through trial and error. Valery is studying yo ur report and I will talk to him about this .

I will prepare an "emergency" procedure for parts replacement and field repairs. Dimitri's opinion is that in case an y of the components, except the laser module, is defective you can send it to us and we will expedite a replaceme nt back to you. You will also need to have a laser module spare part in house for immediate replacement.

I will have this "emergency" procedure drawn up tomorrow and email it to you.

I spoke to Eugene and ask him to leave the "V" blocks with you.

Give me a fax number where I can fax a form for Eugene to fill out his working hours and please sign it for him bef ore he leaves (he gets paid by the number of hours worked, including weekends).

I will also fax a form for you to acknowledge that the installation was completed – pleas do this before Eugene lea ves your plant.

Best regards,

Stefan

Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:  +(407) 804-1002

smt@ptgindustries.com

**www.ptgindustries.com**

7/27/2006

## Julia D. Nikitina

**From:**    Stefan Tudor [smt@ptgindustries.com]

**Sent:**    Thursday, November 04, 2004 4:03 PM

**To:**      'heymond@naver.com'

**Subject:** Korea: Optowave - Marking depth up to 160um.

Dear Mr. Kim,

As agreed earlier today I have discussed your request to increse the depth of scribbed line from 100um to 160um. Everybody agrees that it is possible to do it by finding the right combination between "Z" axis, speed and power adjustments. You may also need to fine tune the water-mist nozzle. This can only be done by trial and error. Please understand that every adjustment you make will have an effect on other areas, so please proceed very carefully.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Friday, November 05, 2004 3:07 PM

**To:** 'Kim Jinyoung'

**Subject:** Optowave: Technical data

Dear Mr. Kim,
Please pass this information to Eugene.
After our first conference call today our engineers put together this package to help Eugene.
Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel: +(407) 804-1000 Ext.228
Fax: +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

**Julia D. Nikitina**

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Tuesday, November 09, 2004 12:19 PM |
| **To:** | 'Eugen Kayzerman' |
| **Subject:** | RE: Time Sheet |

Thank you Eugene.
I will email you your time sheet (blank) so you can enter the number of hours worked each
day and email it back to me. After that I will prepare the final form, with all numbers
in, and fax it to you hotel - PLEASE GET IT SIGNED BY OPTOWAVE BEFORE YOU LEAVE.

Good job there,
Stefan


-----Original Message-----
From: Eugen Kayzerman [mailto:donetsk62@yahoo.com]
Sent: Tuesday, November 09, 2004 12:08 PM
To: smt@ptgindustries.com
Subject: fax #

Stefan, here it is:

Hotel fax # 031 297 7578
Attention Room # 606.
Regards.
Eugen.


_____
Do you Yahoo!?
Check out the new Yahoo! Front Page.
www.yahoo.com

1

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Tuesday, November 09, 2004 2:30 PM |
| **To:** | '???' |
| **Cc:** | kbchoi@optowave.co.kr; heymond@optowave.co.kr; Dmitri NDG |
| **Subject:** | [Young H. Eom]Summary of Today's Test Result... |
| **Categories:** Office USA | |

Dear Mr. Eom,

Thank you for your message.

I would like to respond to just one of your items: The tilt of the breaking table is not very important. The braking bar will pivot around a central pin and will adapt to any table tilt. A much more important factor will be the breaking table flatness, the type, thickness and rigidity of backing material used for breaking. Another very critical point is to insure proper alignment for both scriber and breaker.

Regarding the conference call for tomorrow: Unfortunately Dimitri will not be available tomorrow – he will be available on Thursday morning our time. I hope this will be acceptable for Mr. Choi.

Best regards,

Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:   +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com

---

**From:** ??? [mailto:missazip@optowave.co.kr]

**Sent:** Tuesday, November 09, 2004 12:53 PM

**To:** ndg@ptgindustries.com

**Cc:** smt@ptgindustries.com; rwhitenack@ptgindustries.com; kbchoi@optowave.co.kr; heymond@optowave.co.kr

**Subject:** [Young H. Eom]Summary of Today's Test Result...

Dear Mr. Nikitin,

This is Young H. Eom working for Optowave Co., Ltd.

How are you?

We contacted Korean breaking machine company for some consultant today.

And we performed some test according to their recommendation something like base material.

We used 4 thin papers as a base material on the stage and performed 4 breakings.

The perpendicularities for 4 broken lines are as follows;

- Max : 44 um
- Min :  2 um
- Ave : 13 um

Above test are performed without fine alignment and for more detail results see the attached file.

We checked flatness of the stage today and found something strange.

The stage is tilted about 150 um.

Front side of stage is higher than back side by 150 um. So we checked it after 90 degree rotation of the stage, and also front side is higher than back side by 150 um. And we got the same result as to 180 degree rotation.

If current bad perpendicularity is caused by it, we will try to correct them.

Please give us your opinion.

My president would like to have conference call with you and your engineer about the back up plan tomorrow morning 10 o'clock at your time.

I already asked Mr. Tudor to arrange it by phone and Mr. Tudor told me it is possible.

We appreciate your efforts and expect best result.

Sincerely Yours.

___

Young H. Eom

Team Manager/R&D Center of Optowave Co., Ltd.

7/28/2006

## Julia D. Nikitina

**From:** ??? [missazip@optowave.co.kr]

**Sent:** Tuesday, November 09, 2004 12:53 PM

**To:** Dmitri NDG

**Cc:** smt@ptgindustries.com; Richard Whitenack; kbchoi@optowave.co.kr; heymond@optowave.co.kr

**Subject:** [Young H. Eom]Summary of Today's Test Result...

Dear Mr. Nikitin,

This is Young H. Eom working for Optowave Co., Ltd.

How are you?

We contacted Korean breaking machine company for some consultant today.

And we performed some test according to their recommendation something like base material.

We used 4 thin papers as a base material on the stage and performed 4 breakings.

The perpendicularities for 4 broken lines are as follows:

- Max : 44 um
- Min : 2 um
- Ave : 13 um

Above test are performed without fine alignment and for more detail results see the attached file.

We checked flatness of the stage today and found something strange.

The stage is tilted about 150 um.

Front side of stage is higher than back side by 150 um. So we checked it after 90 degree rotation of the stage, and also front side is higher than back side by 150 um. And we got the same result as to 180 degree rotation.

If current bad perpendicularity is caused by it, we will try to correct them.

Please give us your opinion.

My president would like to have conference call with you and your engineer about the back up plan tomorrow morning 10 o'clock at your time.

I already asked Mr. Tudor to arrange it by phone and Mr. Tudor told me it is possible.

We appreciate your efforts and expect best result.

Sincerely Yours.

Young H. Eom

7/28/2006

Team Manager/R&D Center of Optowave Co., Ltd.

**PROCESS RECORD SHEET : SCRIBING & BREAKING**

| Date | 9th Nov. 2004 |
|---|---|
| No. of Runs | 1 |

## 1. Condition

**Laser Scribing**

| Program No. | Laser Power | Water Jet Pressure | Scribing Speed | Focal Depth |
|---|---|---|---|---|
| | | | | |

**Breaking**

| Pressure | Hit Speed | Lift Speed | Contac Time | Base Material | Aligned by |
|---|---|---|---|---|---|
| | Middle | Middle | 0.4 sec | 4 thin papers | Central Scribed Line |

Another Descriptions

## 2. Result

| Scribing Depth | | | | | | No. of Missing Cut | |
|---|---|---|---|---|---|---|---|
| 0-direction | | | 90-direction | | | 0-direction | 90-direction |
| Max.(um) | Min.(um) | Ave.(um) | Max.(um) | Min.(um) | Ave.(um) | | 2 |
| | | | | | | | |

| Line No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Max | Min | Ave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 5 | 12 | 4 | 4 | 12 | 18 | | | | 18 | 2 | 9.2 |
| 2 | | | | 4 | 10 | 2 | 11 | 9 | 18 | | | | 18 | 3 | 9.0 |
| | | | 43 | 5 | | 3 | 6 | 22 | | 32 | 28 | | 43 | 2 | 19.9 |
| 3 | | | 10 | 4 | | 14 | 2 | 7 | | 6 | 12 | | 14 | 2 | 7.9 |
| | | | 34 | 30 | | 13 | 2 | | 5 | | 7 | | 34 | 10 | 15.2 |
| 4 | | | 10 | 14 | | 14 | 29 | | 22 | | 12 | | 29 | 0 | 16.8 |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

Perpendicularity(um)

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Thursday, November 11, 2004 4:49 PM

**To:** 'Eugen Kayzerman'

**Subject:** RE: Eugene: fax # in Korea

Hi Eugene,
This is hopefully your last day in Korea.
PLEASE MAKE SURE YOU FILL IN YOUR TIME SHEET WITH THE NUMBER OF HOURS
WORKED/TRAVELLED AND GET IT SIGNED.

I attached the contract we signed with Optowave, so you can see the product specs there.
I have also faxed 2 pages out of this contract to your hotel.

Have a safe trip back home,
Stefan

Executive Vice President
Precision Technology Group – PTG

41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
www.ptgindustries.com


-----Original Message-----
From: Eugen Kayzerman [mailto:donetsk62@yahoo.com]
Sent: Tuesday, November 09, 2004 12:08 PM
To: smt@ptgindustries.com
Subject: Eugene: fax # in Korea

Stefan, here it is:

Hotel fax # 031 297 7578
Attention Room # 606.
Regards.
Eugen.


Do you Yahoo!?
Check out the new Yahoo! Front Page.
www.yahoo.com

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Kim Jinyoung [heymond@optowave.co.kr] |
| **Sent:** | Monday, November 15, 2004 8:01 AM |
| **To:** | smt@ptgindustries.com |
| **Subject:** | Optowave: about recorrection of contract |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Stefan,

How are you?
Did Mr.Eugene arrive well?

We had spent so much time to acquire the best condition for scribing machine and breaking machine.
But we could not meet the specifications noted in FAT.
We believe PTG will support us with your best and we, both, have to solve the rest of problem.

Anyway, we did not finish FAT according to the contract.
As you know, the letter of credit will be expired on the end of November.
We would like to sign the FAT, but we worry about the claim duration.
So we would like to extend the duration of claim.

Please give us your opinion.

Thank you.

With best regards.

Kim Jinyoung
Optowave Co., Ltd.

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Monday, November 15, 2004 2:56 PM

**To:** 'Kim Jinyoung'

**Subject:** RE: about recorrection of contract

Dear Mr. Kim,

Eugene arrived today and we are planning to have meetings with him and our design engineers to understand were we really are at this point.

It is a good idea to extend the LC validity.

Best regards,

Stefan

smt@ptgindustries.com

www.ptgindustries.com

**From:** Kim Jinyoung [mailto:heymond@optowave.co.kr]

**Sent:** Monday, November 15, 2004 8:01 AM

**To:** smt@ptgindustries.com

**Subject:** about recorrection of contract

Dear Mr. Stefan,

How are you?
Did Mr.Eugene arrive well?

We had spent so much time to acquire the best condition for scribing machine and breaking machine.

But we could not meet the specifications noted in FAT.

We believe PTG will support us with your best and we, both, have to solve the rest of problem.

Anyway, we did not finish FAT according to the contract.

As you know, the letter of credit will be expired on the end of November.

We would like to sign the FAT, but we worry about the claim duration.

So we would like to extend the duration of claim.

Please give us your opinion.

Thank you.

With best regards,


Kim Jinyoung
Optowave Co., Ltd.

## Julia D. Nikitina

**From:**   Stefan Tudor [smt@ptgindustries.com]

**Sent:**   Friday, November 19, 2004 5:18 PM

**To:**   'Kim Jinyoung'

**Subject:** Optowave: Check list

Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000 Ext.228

Fax:   +(407) 804-1002

smt@ptgindustries.com

**www.ptgindustries.com**

Dear Mr. Kim,

Please review the attached check list and let us know the results.

Best regards,

Stefan

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]
**Sent:** Saturday, November 20, 2004 12:14 PM
**To:** '???'
**Subject:** Optowave: Check List

Dear Mr. Eom,

Please review the attached check list received from our engineers.

As I promised last night, I ma re-sending it to your attention.

Best regards,

Stefan

Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:   +(407) 804-1002

smt@ptgindustries.com

**www.ptgindustries.com**

## Julia D. Nikitina

**From:** Stefan Tudor [smt@ptgindustries.com]

**Sent:** Saturday, November 20, 2004 3:51 PM

**To:** '???'

**Subject:** RE: [Young H. Eom] Current Problem of the SBM-777 FPD

Dear Mr. Eom,

I have emailed to Jinyoung Kim last night the check list prepared by our engineers. I just emailed the same check list to you now.

I believe that it will be difficult to resolve equipment issues unless Eugene can talk directly to the operator that was trained by Eugene during his 3 weeks in Korea.

We believe this is a simple issue to resolve and is related to different check marks in the software window. Eugene and your operator have been through this already.

Another alternative will be to send Eugene back to Korea.

Best regards,

Stefan

Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:  +(407) 804-1002

smt@ptgindustries.com

www.ptgindustries.com

---

**From:** ??? [mailto:missazip@optowave.co.kr]

**Sent:** Saturday, November 20, 2004 12:20 AM

**To:** ndg@ptgindustries.com

**Cc:** smt@ptgindustries.com

**Subject:** [Young H. Eom] Current Problem of the SBM-777 FPD

Dear Nikitin,

This is Young H. Eom working for Optowave.

How are you?

As I and Mr. Kim told Stefan, we've met more serious problem.

SBM-777 FPD does not work.

7/27/2006

Our current situation is very serious.

Please give us "next urgent plan: replacement of power supply, dispatch of your engineer, etc."


[Summary : Event Log.]

1. We could not scribe glasses since 7:00 p.m. 19th Nov. 2004.

2. We reported that problem to your engineer, Eugen.

3. Eugen discussed with your engineers about that and gave us how to check lasers.

4. We checked the 2 lasers and found that 2nd laser didn't work.

5. We reported 2nd laser problem to Eugen and Stefan.

6. Stefan promised to send us the "next action" by e-mail.

7. We didn't receive the "next action".

8. We checked power supply, and found that 2nd power supply didn't work.

9. We reported 2nd power supply problem to Stefan.


Thanks.


Young H. Eom/Team Manager

R&D Center of Optowave Co., Ltd.

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Monday, November 22, 2004 7:57 PM |
| **To:** | '???' |
| **Cc:** | 'Richard Whitenack' |
| **Subject:** | Optowave: Service report |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Eom,

I would like to transmit through you our conclusions after evaluating Eugene's field service report.

Please review the two attached documents.

Best regards,

Stefan Tudor

Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:   +(407) 804-1002

smt@ptgindustries.com

**www.ptgindustries.com**

7/27/2006

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Tuesday, November 30, 2004 8:24 AM |
| **To:** | heymond@naver.com; Dmitri NDG |
| **Subject:** | RE: Optowave |
| **Categories:** | Office USA |

Dear Mr. Kim,
I have answered these questions twice, in 2 email messages to Mr. Eom.
I don't know what else you need at this time.
I will be happy to answer any other questions you might have.

Best regards,
Stefan

Executive Vice President

Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:  +(407) 804-1000 Ext.228
Fax:  +(407) 804-1002

smt@ptgindustries.com

**www.ptgindustries.com**

**From:** ??? [mailto:heymond@naver.com]
**Sent:** Friday, November 26, 2004 9:15 PM
**To:** ndg@ptgindustries.com
**Cc:** smt@ptgindustries.com
**Subject:** Optowave

Dear Mr Nikitin,

Mr.Eom sent the email about the status of "Laser Scribing System" on Saturday, November 20, 2004. But we did not receive any response from PTG.

PTG should response on this problem according to "warranty term in the contract".
Now we couldn't use "Laser Scribing System", and also couldn't decide to repair by ourself.
Please send us the official response of PTG.


Thank you.

-------------------------------------------------------------
From: 엄영흠 [mailto:missazip@optowave.co.kr]
Sent: Saturday, November 20, 2004 2:20 PM
To: 'ndg@ptgindustries.com'
Cc: 'smt@ptgindustries.com'
Subject: [Young H. Eom] Current Problem of the SBM-777 FPD

## Julia D. Nikitina

| | |
|---|---|
| **From:** | ??? [heymond@naver.com] |
| **Sent:** | Tuesday, November 30, 2004 8:30 PM |
| **To:** | Stefan Tudor |
| **Cc:** | kbchoi10@empal.com; missazip@optowave.co.kr; Dmitri NDG |

**Subject:** RE: RE: Optowave

Dear Mr. Stefan,

Really, we didn't receive email message from you.
Please send us the mail what you sent to Mr.Eom in this mail(heymond@naver.com)
and send it by fax.

Thank you.

Kim Jinyoung.
Optowave Co., Ltd.


-----원본메시지-----
보낸사람: "Stefan Tudor" <smt@ptgindustries.com>
받는사람: <heymond@naver.com>, <ndg@ptgindustries.com>
참조:
날짜: 2004-11-30 22:23
제목: RE: Optowave

Dear Mr. Kim,
I have answered these questions twice, in 2 email messages to Mr. Eom.
I don't know what else you need at this time.
I will be happy to answer any other questions you might have.

Best regards,
Stefan

Executive Vice President
Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002
smt@ptgindustries.com
**www.ptgindustries.com**

**From:** ??? [mailto:heymond@naver.com]
**Sent:** Friday, November 26, 2004 9:15 PM
**To:** ndg@ptgindustries.com
**Cc:** smt@ptgindustries.com
**Subject:** Optowave

Dear Mr Nikitin,

Mr.Eom sent the email about the status of "Laser Scribing System" on Saturday, November 20, 2004. But we did not receive any response from PTG.

PTG should response on this problem according to "warranty term in the contract". Now we couldn't use "Laser Scribing System", and also couldn't decide to repair by ourself.
Please send us the official response of PTG.


Thank you.


-----------------------------------------------------------------
From: 엄영흠 [mailto:missazip@optowave.co.kr]
Sent: Saturday, November 20, 2004 2:20 PM
To: 'ndg@ptgindustries.com'
Cc: 'smt@ptgindustries.com'
Subject: [Young H. Eom] Current Problem of the SBM-777 FPD


Dear Nikitin,

This is Young H. Eom working for Optowave.

How are you?


As I and Mr. Kim told Stefan, we've met more serious problem.

SBM-777 FPD does not work.

Our current situation is very serious.

Please give us "next urgent plan: replacement of power supply, dispatch of your engineer, etc."


[Summary : Event Log.]

1. We could not scribe glasses since 7:00 p.m. 19th Nov. 2004.

2. We reported that problem to your engineer, Eugen.

3. Eugen discussed with your engineers about that and gave us how to check lasers.

4. We checked the 2 lasers and found that 2nd laser didn't work.

5. We reported 2nd laser problem to Eugen and Stefan.

6. Stefan promised to send us the "next action" by e-mail.

7. We didn't receive the "next action".

8. We checked power supply, and found that 2nd power supply didn't work.

9. We reported 2nd power supply problem to Stefan.


Thanks.


Young H. Eom/Team Manager

R&D Center of Optowave Co., Ltd.


[네이버메일] 가을엔 편지를 쓰세요. 네이버 메일!!



지식까지 찾아주는
검색 - 네이버
[지식iN] 우리나라 사
람들이 가장 많이 사
용..



요즘 뜨는게 뭐야?
네이버 붐에 물어봐~
네이버 붐에서 붐업
하고 선물받자!


[네이버메일] 가을엔 편지를 쓰세요, 네이버 메일!!



지식까지 찾아주는 검색 - 네이버
[지식iN] 물고기들도 더위를 느낀다?



요즘 뜨는게 뭐야? 네이버 붐에 물어봐~
네이버 붐에서 붐업하고 선물받자!

## Julia D. Nikitina

**From:**   Stefan Tudor [smt@ptgindustries.com]

**Sent:**   Wednesday, December 01, 2004 8:20 AM

**To:**   'heymond@naver.com'

**Cc:**   'Young H. Eom.'

**Subject:** FW: Optowave: Check List

Dear Mr. Kim,

Here is the first message sent to Mr. Eom on November 20th.

I will also send my second message to Mr. Eom in a separate email.

Best regards,

Stefan


Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

Tel:   +(407) 804-1000  Ext.228

Fax:   +(407) 804-1002

smt@ptgindustries.com

www.ptgindustries.com

---

**From:** Stefan Tudor [mailto:smt@ptgindustries.com]

**Sent:** Saturday, November 20, 2004 12:14 PM

**To:** '???'

**Subject:** Optowave: Check List


Dear Mr. Eom,

Please review the attached check list received from our engineers.

As I promised last night, I ma re-sending it to your attention.

Best regards,

Stefan


Executive Vice President

Precision Technology Group – PTG

41 Skyline Drive, Suite 1001

Lake Mary, FL - 32746

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Monday, December 27, 2004 9:53 AM |
| **To:** | heymond@naver.com |
| **Cc:** | Valeri Koulechov; '???(empal)'; '???'; Dmitri NDG |
| **Subject:** | Korea: Optowave - About the machines. |
| **Categories:** | Office USA |

Dear Mr. Kim,
We are still waiting for the report you promised to email to me at our last phone conversation.
As soon as we have your report we will review it and I will contact you.
Best regards,
Stefan

Executive Vice President

Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:   +(407) 804-1000  Ext.228
Fax:  +(407) 804-1002

smt@ptgindustries.com

**www.ptgindustries.com**

**From:** ??? [mailto:heymond@naver.com]
**Sent:** Thursday, December 16, 2004 3:01 PM
**To:** Nikitin
**Cc:** VK; ???(empal); ???; Stefan M. Tudor
**Subject:** Korea: Optowave - About the machines.

Dear Mr. Nikitim and Mr. Stefan,

Now I summarize the current status as follows.
Please review it and send us your opinion.

1. Scribing Unit:
After we had a problem with the laser power for the scribing unit, previously set conditions
have not been working. Considering our urgent situation, we believe current email
communications can't solve the problem in a timely manner. We also believe that it will take
too long for us to find out whether this is a problem of the unit itself or a problem of setting the
conditions. Therefore, we request you to dispatch your engineer to us immediately.

2. Breaking Unit:
When PTG installed the breaking unit in Optowave, PTG did not succeed in making its product
satisfy FAT defined in the contract. Although PTG promised us that it would provide us with a
solutions after PTG's internal discussion after Mr. Eugene's coming back to America, PTG
have not kept the promise so far. We request you to give us your plan regarding this issue.

Thank you.

With best regards,

7/28/2006

Kim Jinyoung.
Optowave Co., Ltd.

**[네이버메일]** 가을엔 편지를 쓰세요. 네이버 메일!!


지식까지 찾아주는 검
색 - 네이버
**[지식iN]** 세계 각국의
나라 이름, 그 뒷뜻
은 ..


요즘 제일 뜨는게 뭐
야? 네이버 붐에 물어
봐~
새로운 붐!!! 네이버
붐!!!

7/28/2006

## Julia D. Nikitina

| | |
|---|---|
| **From:** | Stefan Tudor [smt@ptgindustries.com] |
| **Sent:** | Tuesday, January 11, 2005 11:08 AM |
| **To:** | heymond@naver.com |
| **Cc:** | '???'; '???(empal)'; Dmitri NDG |
| **Subject:** | RE: Optowave |

**Categories:** Office USA

Dear Mr. Kim,
In our last phone conversation you promised to send us a report, so our engineers can examine it and try to help.
You have sent me a screen picture with useless information, nothing that we can use to understand the problem.
We are very willing to help, but you have to describe clearly what is the problem.

Best regards,
Stefan Tudor

Executive Vice President

Precision Technology Group – PTG
41 Skyline Drive, Suite 1001
Lake Mary, FL - 32746
Tel:  +(407) 804-1000 Ext.228
Fax: +(407) 804-1002

smt@ptgindustries.com

**www.ptgindustries.com**

---

**From:** ??? [mailto:heymond@naver.com]
**Sent:** Tuesday, January 11, 2005 6:41 AM
**To:** Stefan M. Tudor
**Cc:** ???; ???(empal); Nikitin
**Subject:** Optowave

Dear Mr. Stefan,

Hi?
About 10 days ago, I requested the response about email, but I didn't receive anything from
PTG.
Please send PTG's opinion.

Thank you.

With best regards,

Kim Jinyoung
Optowave Co., Ltd.

**Julia D. Nikitina**

| | |
|---|---|
| **From:** | Robert Choo [robertichoo@hotmail.com] |
| **Sent:** | Sunday, March 06, 2005 12:38 PM |
| **To:** | smt@ptgindustries.com |
| **Cc:** | wshan416@stanford.edu |
| **Subject:** | RE: Korea: OPTOWAVE - Shipment information |

Mr. Tudor,

I can only conclude from your previous message, and your failure to respond
to my reply, that PTG is unwilling to accept the return of the breaking
machine for refund.  Please advise me immediately if this is untrue, and I
will advise Optowave to proceed with the shipment.

Accordingly, PTG is leaving Optowave with no alternative but to seek legal
action to force PTG to comply with its obligations, pursuant to the contract
and the Florida Uniform Commercial Code.

I will be traveling to Florida later this month, and I may have some time in
my schedule to meet with you, Mr. Nikitin, as well as PTGs legal counsel, on
March 17.  I believe we have gone to great lengths to resolve this dispute
amicably, and this will represent my last attempt.

Sincerely,

Robert Choo, Esq.
Yale J.D., Harvard A.B., M.P.P.
>From: "Stefan Tudor" <smt@ptgindustries.com>
>To: "'Robert Choo'" <robertichoo@hotmail.com>
>Subject: RE: Korea: OPTOWAVE - Shipment information
>Date: Fri, 25 Feb 2005 17:15:06 -0500
>
>Dear Mr. Choo,
>
>Thank you for your message. We have been anything but silent in our
>support of Optowave.
>
>Please be informed that we have provided extensive technical support to
>Optowave, both directly with one of our service engineers working with
>the team in Korea for several weeks and through phone, email, etc.
>
>Our opinion is that the Optowave system performs exactly as specified
>in
>the
>product specification. There are multiple problems with the process, to be
>identified and resolved by Optowave.
>
>We still have an outstanding balance for field service provided by our
>service engineer over a four weeks period.
>
>
>
>Regards,
>
>Stefan Tudor
>
>
>
>Executive Vice President
>
>Precision Technology Group - PTG
>
>

1