**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OPTOWAVE CO., LTD,**

    **Plaintiff,**

**-vs-**                 Case No.  **6:05-cv-1083-Orl-22DAB**

**DMITRI G. NIKITIN, an individual, d/b/a**
**PRECISION TECHNOLOGY GROUP,**

    **Defendant,**

**and**

**MARCUS, MCMAHON & MYERS, P.L.,**

    **Garnishee.**

## ORDER

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR WRIT OF GARNISHMENT (AFTER JUDGMENT) (Doc. No. 189)**
>
> **FILED:**   July 2, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

  It appears that Plaintiff is entitled to issuance of a Writ of Garnishment directed to Garnishee, Marcus, Mcmahon & Myers, P.L.  However, the Proposed Writ submitted with the Motion fails to provide the applicable statutory notice required by Florida Statute § 77.041 for individuals (notice to individual for claim of exemption from garnishment; procedure for hearing).  *See* Fed. R. Civ. P. 69

("The procedure on execution, in proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held, existing at the time the remedy is sought.").

**DONE** and **ORDERED** in Orlando, Florida on July 3, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record